IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KELLY MICHELLE BRELJE and
BRIAN MARK BRELJE,

    Plaintiffs,

vs.

CIVIL ACTION NO.: CV204-083

HARRY DAVID DEVANE, individually,
DANIEL WEBSTER CARR, JR.,
Individually, and D.W. CARR, JR., &
SONS TRUCKING COMPANY, INC.,
a corporation,

    Defendants.

## ORDER

Plaintiffs have filed a Motion in Limine (Doc. 14) seeking to exclude certain evidence. Defendants have filed no response to the motion indicating no opposition thereto. See Local Rule 7.5. Plaintiffs' unopposed Motion in Limine is **GRANTED**. Defendants, counsel, and witnesses shall refrain from any mention of Plaintiffs' contemplated marital separation following their marriage in 1994, as well as the fact that Plaintiff Brian Mark Brelje had been previously married.

SO ORDERED, this 13th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE