# United States District Court
## Southern District of Georgia
### Brunswick Division



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 15 P 12: 15

CLERK
SO. DIST. OF GA.

KELLY MICHELLE AND BRIAN MARK BRELJE

CASE NUMBER   CV 204-83

VS

HARRY DAVID DEVANE, DANIEL WEBSTER CARR, JR. AND D. W. CARR, JR. & SONS TRUCKING COMPANY, INC.

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this __17__ day of __July__, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA